(135 So. 433)

## William E. SKEGGS v. STATE.

### 8 Div. 305.

Supreme Court of Alabama.

June 18, 1931.

Thos. E. Knight, Jr., Atty. Gen., Fred Wall, of Athens, and Wade Wright, of Decatur, for the State.

O. Kyle, S. A. Lynne, and A. J. Harris, all of Decatur, for respondent.

GARDNER, J.

William E. Skeggs was convicted of murder in the second degree and appealed to the Court of Appeals. The judgment of conviction being there reversed, the state applies for certiorari to the Court of Appeals to review and revise its judgment and decision in the case styled Skeggs v. State, 135 So. 431.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.